Impleaded with IDA CARY CUNNINGHAM and Another, Appellants.— Judgment affirmed, with costs, on opinion of Hon. Francis M. Scott, Referee. [Reported in 110 Misc. Rep. 717.] Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

ESSANAY FILM MANUFACTURING COMPANY, Appellant, v. CHARLES CHAPLIN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

ESSANAY FILM MANUFACTURING COMPANY, Appellant, v. CHARLES CHAPLIN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

GEORGE S. SMITHLIN, Appellant, v. HENRY W. BUSE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

In the Matter of the Application of the BANK OF EUROPE, Appellant, for Authority to Change the Name to ";REPUBLIC BANK OF NEW YORK." THE PUBLIC NATIONAL BANK OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

CHARLES BROCK, Suing for Himself as a Stockholder of THE ANTHONY & SCOVILL COMPANY, etc., Appellant, v. RUEL W. POOR and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

CHARLES BROCK, Suing for Himself as a Stockholder of THE ANTHONY & SCOVILL COMPANY, etc., Appellant, v. RUEL W. POOR and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

RALPH JAMES M. BULLOWA and Another, Appellants, v. AMERIGUS REALTY CORPORATION and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

HENRY D. CRUGER, Appellant, v. EMPIRE TRUST COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

FRED B. BERNSTEIN, Respondent, v. CHICAGO OPERA ASSOCIATION, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

ARCHIBALD J. DANDO, Respondent, v. NEW YORK CITY INTERBOROUGH RAILWAY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

SARAH GREENBERG, as Administratrix, etc., Appellant, v. BROOKLYN, QUEENS COUNTY AND SUBURBAN RAILROAD COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

BEATRICE CASSELL, Respondent, Appellant, v. WALTER HAST, Appellant,